UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Francisco SOLORZANO,<br><br>Defendant. | Case No. '11 MJ 8227<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Illegal Transportation of Aliens |

The undersigned complainant, being duly sworn, states:

On or about February 17, 2011, within the Southern District of California, defendant Carlos FRANCISCO-Solorzano, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Ismael APODACA-Acosta, Erick LEON-Alvarez, and Israel SALAZAR had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached probable cause statement which, is incorporated herein by reference.

CHRISTOPHER B. CAIN
Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 22nd DAY OF FEBRUARY 2011.

HON. PETER C. LEWIS
United States Magistrate Judge

(1)

DOA 2/17/11

I, Border Patrol Agent Gregory S. Airdo declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) M. Vazquez that on February 17, 2011 Carlos Francisco SOLORZANO (SOLORZANO), United States citizen, was arrested near Calexico, CA attempting to smuggle 6 undocumented aliens.

On 02/17/11 at approximately 5:45 p.m., Sector Radio Communications informed BPAs of a citizen's report of possible illegal aliens getting into a white Ford Expedition. BPA M. Vazquez observed a white Ford Expedition which matched the citizen's report. BPA Vazquez observed the Expedition would speed up and slow down as he followed it. BPA Vazquez observed the vehicle had dark tinted windows and appeared to be riding low.

BPA Vazquez activated emergency lights and sirens in an attempt to initiate a traffic stop on the Expedition at Corda Road and Highway 98. The Expedition failed to yield and continued driving. BPA J. Robles successfully deployed a Controlled Tire Deflation Device and deflated the front two tires of the Expedition. The Expedition continued driving for approximate one mile until it stopped.

The driver, SOLORZANO, and three other individuals exited the vehicle and attempted to flee and were subsequently apprehended.

Three additional individuals were found inside the vehicle. BPAs determined SOLORZANO was a United States citizen and all six of the individuals were citizens and nationals of Mexico with no immigration documents which would allow them to enter into or remain in the United States legally.

SOLORZANO was advised of his rights per Miranda. SOLORZANO stated he understood his rights and was willing to answer questions without the presence of an attorney. SOLORZANO stated was to be paid $100.00 for transporting an illegal alien to a store in Calexico.

APODACA, LEON and SALAZAR stated they were guided into the United States. APODACA, LEON and SALAZAR stated they were told to wait near a highway for a white Ford Expedition that would pick them up. APODACA, LEON and SALAZAR were presented with a photographic line-up and were unable to identify the driver.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Ismael APODACA-Acosta | Mexico |
| Erick LEON-Alvarez | Mexico |
| Israel SALAZAR | Mexico |

Ismael APODACA-Acosta, Erick LEON-Alvarez, and Israel SALAZAR are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on February 19, 2011 at 10:00 A.M.

Gregory S. Airdo
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable cause to believe that the defendant named in this probable cause statement committed the offense on February 17, 2011 in violation of Title 8 § 1324.

Hon. Bernard G. Skomal
United States Magistrate Judge

2/19/11   10:30 a—
Date/Time